3:22cv37
Groh, Trumble, Sims

FILED
MAR 07 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

March 2, 2022

Honorable Judge Irene M. Keeley:

Your honor, I am writing to you in regards to filing a motion on applying to seek an award of 2 days credit for each of the 810 days of imprisonment. Seeking hard time COVID credit for the 810 days served.

I have been incarcerated since December 12, 2019. I was sentenced to 70 months on July 6, 2021. Prior to arriving at JFF Hazelton, I have been at 7 other facilities. I have been quarantined at a total of 8 facilities (3 of them twice). I got my first COVID vaccine Dec. 23, 2019, the second vaccine Jan. 9, 2020 and the booster in February 2022. I've currently had COVID 3 times since being incarcerated.

I arrived at JFF Hazelton on August 3, 2021 and I've worked in the kitchen and am now getting ready to start in the Education Dept.

I have completed Common Life, Relationships 2, Assert Yourself, Self esteem and Shame. I'm still active in GED classes working towards my GED.

I have been incident free since being incarcerated.

Due to COVID program availability has been limited, no recreation, no exercising, no movement, no visitations, no legal support, no help resources and limited medical with no emotional/mental medical support.

A day in prison under extreme lockdown and in fear of contracting a deadly virus puts a lot of emotional, mental & physical stress on an inmate, not to mention the stress of no visits, phone calls & etc. with our families.

While not intended as punishment, incarceration in such conditions is unavoidable resulting in harsher punishment.

See eg. US vs Rodriguez No. 00Cr 761 (JSR) 454 F. Supp. 3d 306

My goal is to get home to my family. I would like my case considered for the Cares Act.

Thank you for your time and consideration regarding this matter. I look forward to your response.

Sincerely,

Terra L. Fetherman

BOP # 54793-074
Case # 2:19-CR-196