# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**TERRA L. FETHERMAN,**

    **Petitioner,**

**v.**                                                       **CIVIL ACTION NO.: 3:22-CV-37 (GROH)**

**SFF HAZELTON,**

    **Respondents.**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 7, 2022, the *pro se* Petitioner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On March 8, 2022, the Clerk issued a notice of deficient pleading and intent to dismiss. ECF No. 2. The notice advised the pleading was not on a Court-approved form, that the case would be dismissed within thirty days from the date of the notice. Id.

On March 18, 2022, Petitioner re-filed the petition, as directed, in an action docketed as 5:22-CV-57. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: March 25, 2022

                                                              GINA M. GROH
                                                              UNITED STATES DISTRICT JUDGE